UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Andres G. Lora and Marta A. Lora, fka Martha A. Argueta,

    Plaintiffs,

v.

Wells Fargo Bank, N.A., and all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,

    Defendant.

Civil No. 13-2916 (DSD/JJK)

**ORDER**

---

Andres C. Lora and Marta A. Lora, *pro se* Plaintiffs.

Charles F. Webber, Esq., and Jessica Z. Savran, Esq., counsel for Defendant Wells Fargo Bank, N.A.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated February 18, 2014. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Defendant Wells Fargo's Motion to Dismiss (Doc. No. 6), is **GRANTED**; and

2. This case is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: March 14, 2014

    s/David S. Doty
    DAVID S. DOTY, Judge
    United States District Court